IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GAIL V. DANIELS,

  Petitioner,

    v.

COBB JUDICIAL CIRCUIT, et al.,

  Respondent.

CIVIL ACTION FILE
NO. 1:08-CV-3863-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the Petition be dismissed. Under <u>Younger v. Harris</u>, 401 U.S. 37 (1971), the Court may not intervene in the Petitioner's state criminal case. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 9 day of April, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge